IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. COLEMAN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE DEPARTMENT OF CORRECTIONS,** | : | |
| **et al.** | : | NO. 02-4102 |

### O R D E R

**AND NOW**, this          day of July, 2002, **IT IS HEREBY ORDERED** that plaintiff's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> in this court is **GRANTED** and as it appears that plaintiff meant to file this action in the Western District of Pennsylvania where the alleged events for which he seeks compensation occurred and where jurisdiction over those defendants he seeks to enjoin may be obtained, **IT IS FURTHER ORDERED** that the above action is **DISMISSED** without prejudice to plaintiff to present his claims in the Western District of Pennsylvania.

    BY THE COURT:


    _____
    **JAY C. WALDMAN, J.**