IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. COLEMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE DEPARTMENT OF CORRECTIONS, et al. | : | NO. 02-4102 |

O R D E R

      AND NOW, this 21st day of March, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby

      ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Jay C. Waldman to the calendar of the Honorable James T. Giles.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court