IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. COLEMAN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **THE DEPARTMENT OF CORRECTIONS,** | : | |
| **et al.** | : | NO. 02-4102 |

### O R D E R

**AND NOW,** this         day of April, 2003, upon consideration of plaintiff's Motion to Cure or Waiver of Defects (Doc. #4) whereby plaintiff seeks to transfer this action, **IT IS HEREBY ORDERED** that said motion is **DENIED.**

Plaintiff's complaint was dismissed without prejudice to present his claims in the Western District of Pennsylvania where the alleged events for which plaintiff seeks compensation occurred and where jurisdiction over the defendants he seeks to enjoin may be obtained.  A court may not transfer a case once it has been dismissed.

BY THE COURT:

_____
**JAMES T. GILES, C.J.**