IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. COLEMAN | : | CIVIL ACTION |
| v. | : | |
| DEPT. OF CORRECTIONS et al. | : | NO. 02-4102 |

**ORDER**

AND NOW, this ___ day of April, 2003, upon consideration of plaintiff's Settlement Proposal, it is hereby ORDERED that the Proposal is DENIED AS MOOT, inasmuch as the above action has been dismissed by Order of the court with leave to refile in the U.S. District Court for the Western District of Pennsylvania.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to